

FILED
CLERK, U.S. DISTRICT COURT

FEB 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROYAL PORTER McHENRY,<br><br>    Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY<br>SHERIFF DEPARTMENT, et al.,<br><br>    Defendants. | Case No. CV 07-7338-R (JWJ)<br><br>ORDER ADOPTING<br>REPORT AND<br>RECOMMENDATION<br>OF UNITED STATES<br>MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Complaint and other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a <u>de novo</u> determination of the Report and Recommendation.  Further, the Court has engaged in a de novo review of those portions of the Report to which Plaintiff has objected.

    IT IS ORDERED that a Judgment be issued dismissing the action without prejudice.

    Each party to bear its own costs.

///

///

IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy of this Order and the Judgment of this date on the plaintiff and counsel for defendants.

DATED: 2-19-08

MANUEL L. REAL
United States District Judge