

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ROYAL PORTER McHENRY,<br><br>        Plaintiff,<br><br>vs.<br><br>LOS ANGELES COUNTY SHERIFF DEPARTMENT, et al.,<br><br>        Defendants. | Case No. CV 07-7338-R (JWJ)<br><br>JUDGMENT |

    Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

    IT IS ADJUDGED that Judgment be entered dismissing the entire action without prejudice.

DATED: 2-19-08

MANUEL L. REAL
United States District Judge